```
                                        ┌─────────────────────────────┐
                                        │ USDC SDNY                   │
                                        │ DOCUMENT                    │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #: _____        │
----------------------------------- X   │ DATE FILED: 6/9/10          │
                                    :   └─────────────────────────────┘
EVAN WEINER and TIMOTHY McCLAUSLAND, on :
behalf of themselves and all others :
similarly situated,                 :
                        Plaintiffs, :      07 Civ. 8742 (DLC)
                                    :
            -v-                     :            ORDER
                                    :
SNAPPLE BEVERAGE CORPORATION,       :
                         Defendant. :
                                    :
----------------------------------- X
```

DENISE COTE, District Judge:

By letter dated June 3, 2010, defendant Snapple Beverage Corporation ("Snapple") requests that certain highlighted portions in the table of contents in its Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Keith R. Ugone, PhD. ("Opposition") and in the table of contents in plaintiffs' Reply in Support of its Motion to Exclude the Expert Testimony of Keith R. Ugone, PhD. ("Reply") be redacted from the publicly filed documents and that unredacted pages be filed under seal. Plaintiffs do not oppose Snapple's request. Having reviewed the proposed redactions and finding good cause exists, it is hereby

ORDERED that Snapple's request is granted.

SO ORDERED:

Dated:   New York, New York
         June 9, 2010

                                    _____
                                          DENISE COTE
                                    United States District Judge