```
                                          ┌──────────────────────────────┐
                                          │ USDC SDNY                    │
                                          │ DOCUMENT                     │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED         │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #:                       │
----------------------------------------X │ DATE FILED: 8/3/10           │
                                        : └──────────────────────────────┘
EVAN WEINER and TIMOTHY McCLAUSLAND,    :
on behalf of themselves and all others  :
similarly situated,                     :
                          Plaintiffs,   :   07 Civ. 8742 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
SNAPPLE BEVERAGE CORPORATION,           :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated in the August 3, 2010 Opinion filed under seal, it is hereby

ORDERED that plaintiffs' March 12, 2010 motion for class certification is denied for failure to satisfy the predominance requirement pursuant to Rule 23(b)(3), Fed. R. Civ. P.

IT IS FURTHER ORDERED that plaintiffs' April 27, 2010 motion to exclude the expert testimony of Keith Ugone is denied.

IT IS FURTHER ORDERED that defendant's April 9, 2010 motion to exclude the expert testimony of Alan Goedde is granted.

IT IS FURTHER ORDERED that defendant's April 9, 2010 motion to exclude the expert testimony of Lauran Schultz is denied as moot.

IT IS FURTHER ORDERED that the parties shall submit a joint letter to Chambers by **August 5, 2010 at noon** identifying any

words or phrases that should be redacted from the version of the

August 3, 2010 Opinion to be filed in the public record.


     SO ORDERED:

Dated:    New York, New York
          August 3, 2010

                                 DENISE COTE
                   United States District Judge